## BROWN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 36, September Term, 1964.]

*Decided October 19, 1964.*

Before HENDERSON, C. J., and PRESCOTT, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Harlan in the court below. A third issue, that he was not informed of his right to appeal, was not raised below, and hence is not properly before us. *Davis v. Warden,* 235 Md. 637, 639.

*Application denied.*